PROB 12B
(7/93)

Report Date: April 13, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 4 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Miguel Angel Guerrero           Case Number: 2:08CR02056-001
                                                                2:08CR02057-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 7/7/2009               Type of Supervision: Supervised Release

Original Offense:                                  Date Supervision Commenced: 04/30/2011
2:08CR02056-001:
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)
(counts 1 and 2)

2:08CR02057-001
Distribution of a Controlled Substance, Methamphet-
amphetamine, 21 U.S.C. § 841(a)(1) (counts 1 and 2)

Original Sentence: Prison - 41 Months;            Date Supervision Expires: 04/29/2016
TSR - 60 Months

---

### PETITIONING THE COURT

To remove the condition of supervision as follows:

14   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by
     the rules and requirements of the facility and shall participate in programs offered by the facility at the
     direction of the supervising officer.

### CAUSE

Mr. Guerrero is scheduled to release from Bureau of Prisons (BOP) custody on April 30, 2011. At this time, he has an approved release address in Yakima, Washington. He has had the benefits of prerelease transition services since November 17, 2010, and is not in need of an additional 180 days. Therefore, it is respectfully recommended that the above special condition be removed.

Mr. Guerrero has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 13, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[L] The Removal of Special Condition as Noted Above
[ ] Other

Signature of Judicial Officer

4/14/11

Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To remove the condition of supervision as follows:

14    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____  Signed: _____
                    Witness                                         Miguel Angel Guerrero
                                                                    Probationer or Supervised Releasee

                         April 12, 2011
                              Date