PROB 12C
(7/93)

Report Date: May 17, 2013

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**MAY 17 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Angel Guerrero    Case Number: 2:08CR02056-001 and
                                                         2:08CR02057-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 7/7/2009
(2:08CR02056-001 and 2:08CR02057-001)

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1); (2:08CR02056-001); Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841 (a)(1), (2:08CR02057-001) |
| Original Sentence: | Prison - 41 M; TSR - 36 M (2:08CR02056-001)  Prison - 41 M; TSR - 60 M (2:08CR02057-001) |

Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Allison Gregoire         Date Supervision Commenced: 4/29/2011

Defense Attorney:       Ricardo Hernandez        Date Supervision Expires: 4/28/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

        **Supporting Evidence**: Miguel Guerrero possessed a firearm sometime between January 16, and April 29, 2013.

        On May 9, 2013, the undersigned officer received several photo images from the Yakima Police Department Gang Unit which were acquired from the defendant's cell phone by way of a search warrant. There were several photo images showing the defendant holding a black revolver firearm in his right hand and several other closeup images displaying the make and serial number of the weapon. A copy of the firearm registration revealed the gun was purchased on January 16, 2013, at a local gun store.

Prob12C
Re: Guerrero, Miguel Angel
May 17, 2013
Page 2

| | |
|---|---|
| 2 | **Special Condition #15**: You shall not associate with known street gang members and gang affiliates. |

**Supporting Evidence**: Miguel Guerrero associated with a known street gang member on March 15, and April 6, 2013.

On May 9, 2013, the undersigned officer received several photo images from the Yakima Police Department Gang Unit which were acquired from the defendant's cell phone by way of a search warrant. The photo images show the defendant flashing gang sings with a known gang member.

| | |
|---|---|
| 3 | **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On April 29, 2013, Miguel Guerrero was arrested for obstruction, Yakima Municipal Court case number H26485.

According to an incident report from the Yakima Police Department, the defendant was not being truthful when answering questions about a fugitive Nortenos gang member who was wanted for first degree kidnaping, second degree assault, and possession of methamphetamine. It should be noted that the fugitive is the same gang member the defendant was posing with in violation 2. On April 30, 2013, Mr. Guerrero posted a $50,000 bond and was released from custody. His next court hearing is scheduled for June 12, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 17, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/17/2013
Date